```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03105
   MARC E TOUGAS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4577


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/12/2008 and was not confirmed.

     The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
BENEFICIAL/HOUSEHOLD FIN  UNSECURED       NOT FILED            .00            .00
BENEFICIAL/HOUSEHOLD FIN  NOTICE ONLY     NOT FILED            .00            .00
HOUSEHOLD FINANCE CO      NOTICE ONLY     NOT FILED            .00            .00
NICOR GAS                 UNSECURED       NOT FILED            .00            .00
HOME LOAN SERVICES INC    CURRENT MORTG        .00             .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE        .00             .00            .00
NATIONAL CITY MORTGAGE    NOTICE ONLY     NOT FILED            .00            .00
LEDFORD & WU              DEBTOR ATTY     2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                           173.92
DEBTOR REFUND             REFUND                                          1,126.08


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              3,300.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                              2,000.00
TRUSTEE COMPENSATION                          173.92
DEBTOR REFUND                               1,126.08
                    ---------------       ---------------
TOTALS               3,300.00               3,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 03105 MARC E TOUGAS